**VERNA K. KESSLER v. MARY SMITH KESSLER and ROBERT BAYNUM as Administrator of the Estate of Robert W. Kessler, deceased.**

19 So. (2nd) 575
November 3, 1944

June Term, 1944
Division B

*Ray Selden,* for appellant.

*B. F. Brass,* for appellees.

PER CURIAM:

Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.